**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2015-0208, <u>In the Matter of Carolina Hoell and Gabriel Price</u>, the court on September 17, 2015, issued the following order:**

Having considered the brief, memorandum of law, and limited record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The respondent, Gabriel Price, appeals the final order of the Circuit Court (<u>Lemire</u>, J.) ordering him to pay child support to the petitioner, Carolina Hoell. He challenges the court's calculation of child support and arrearages and its findings regarding his ability to make monthly payments on the arrearages.

It is the burden of the appealing party, here the respondent, to provide this court with a record sufficient to decide his issues on appeal. <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004); <u>see</u> <u>also</u> <u>Sup. Ct. R.</u> 15(3) ("If the moving party intends to argue in the supreme court that a finding or conclusion is unsupported by the evidence or is contrary to the evidence, he shall include in the record a transcript of all evidence relevant to such finding or conclusion."); <u>Town of Nottingham v. Newman</u>, 147 N.H. 131, 137 (2001) (rules of appellate practice not relaxed for self-represented litigants).

The respondent's arguments contain factual components premised upon evidence presented to the trial court at the March 2, 2015 hearing. The respondent failed to provide a transcript of the hearing. Absent a transcript, we must assume that the evidence was sufficient to support the decision reached. <u>See</u> <u>Atwood v. Owens</u>, 142 N.H. 396, 396 (1997). Accordingly, we review the trial court's decision for errors of law only, <u>see</u> <u>id</u>. at 397, and find none.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**